**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WANDO PETION,<br><br>Petitioner,<br><br>vs.<br><br>ODDO, *et al.*,<br><br>Respondents, | ) | 3:26-CV-02125-MJH |

**ORDER**

Presently before the Court is Petitioner Wando Petion's ("Petitioner") Petition for Writ of Habeas Corpus, (ECF No. 1) and Respondent's Response, (ECF No. 5). Upon review of the parties' arguments and for the reasons stated by this Court in *Deh v. Warden Moshannon Valley Processing Center, et al.*, No. 3:26-CV-00738-MJH, 2026 WL 1255947 (W.D. Pa. May 7, 2026) and by the Third Circuit in *Buele Morocho v. Warden Philadelphia FDC*, No. 26-1150, 2026 WL 2546223 (3d Cir. Aug. 28, 2026), the Habeas Petition is **GRANTED IN PART**, as follows:

Respondents shall cause Petitioner to be taken to a neutral immigration judge of the Executive Office of Immigration Review for an individualized bond hearing to occur within thirty (30) days of this order, or else release Petitioner by such date. In accord, with Petitioner's I-286 Form and Respondents' acknowledgement that § 1226(a) is the proper statutory reference, any bond hearing is to be held pursuant to § 1226(a). Said bond hearing shall occur within the Third Circuit, before an immigration judge within the jurisdiction of the Third Circuit, applying Third Circuit law and precedent.[1] The thirty-day timeline may be extended by Petitioner upon a motion

[1] It is noted that, in circumstances similar to Petitioner's, where § 1226(a) applies, a "Petitioner's mandatory detention without a bond hearing pursuant to 8 U.S.C. § 1225(b)(2)(A) violates his procedural due process rights

to the immigration judge. Respondents shall ensure that the hearing include the required due process, including, at a minimum, factfinding based upon a record produced before a decisionmaker and disclosed to Petitioner; an opportunity to make arguments on Petitioner's behalf; and the right to an individualized determination of Petitioner's interests. *See Ghanem v. Warden Essex Cnty. Corr. Facility*, No. 21-1908, 2022 WL 574624, at *2 (3d Cir. Feb. 25, 2022).

The Court **ORDERS** that Respondents shall advise the Court within twenty-four hours of any movement of Petitioner from the Moshannon facility, and Respondents shall file a Notice on the record advising of petitioner's new location.

Once a bond hearing occurs, Respondents are directed to file a copy of the Immigration Judge's bond decision on the record within five days.

**IT IS FURTHER ORDERED** that the Petition is **DENIED** in all other respects.

BY THE COURT:

DATED: November 18, 2026

Marilyn J. Horan
United States District Judge

under the Fifth Amendment." *Cherenfant, v. Warden, Pike Cnty. Corr. Facility*, No. 3:26-CV-2987, 2026 WL 3085459, at *5 (M.D. Pa. Oct. 15, 2026).